1  FRANCIS M. GREGOREK (144785)
   gregorek@whafh.com
2  BETSY C. MANIFOLD (182450)
   manifold@whafh.com
3  RACHELE R. RICKERT (190634)
   rickert@whafh.com
4  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ LLP
5  Symphony Towers
   750 B Street, Suite 2770
6  San Diego, CA  92101
   Telephone: 619/239-4599
7  Facsimile: 619/234-4599

8  MARY JANE FAIT (admitted *pro hac vice*)
   fait@whafh.com
9  WOLF HALDENSTEIN ADLER
     FREEMAN & HERZ, LLC
10 55 W. Monroe Street, Suite 1111
   Chicago, IL  60603
11 Telephone:  312/984-0000
   Facsimile:  312/984-0001
12

13 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITIGATION | ) CASE NO. C 07-00643 WHA ) ) |
| This Document Relates To:<br><br>All Actions. | ) **STIPULATION AND [PROPOSED] ORDER** ) **RE: JOINT INITIAL CASE MANAGEMENT** ) **CONFERENCE** ) ) ) DATE: April 26, 2007 ) TIME: 11:00 a.m. ) CRTRM: 9, 19th Floor ) JUDGE: Honorable William H. Alsup |

STIPULATION & [PROP] ORDER RE: JOINT INITIAL CMC -- CASE NO. C 07-00643 WHA

| | |
|---|---|
| 1 | WHEREAS, on February 23, 2007, the Court notified the parties to the action titled, *Dilbeck v. Netflix, Inc.*, No. C 07-00643 WHA (the "*Dilbeck* Action") that an Initial Case Management Conference had been scheduled for April 26, 2007, at 11:00 a.m. before the Honorable William H. Alsup; |
| 5 | WHEREAS, on March 19, 2007, the Court consolidated the *Dilbeck* Action with a related case titled, *Polk-Stamps, et al. v. Netflix, Inc.*, No. C 07-01266 HRL (the "*Polk-Stamps* Action"), reassigned the *Polk-Stamps* Action to the Honorable William H. Alsup, ordered that the caption of these consolidated actions shall be, "*In re Netflix Antitrust Litigation*" (the "Consolidated Action"), and that the docket in Civil Action No. C 07-00643 WHA shall constitute the Master Docket for the Consolidated Action; |
| 11 | WHEREAS, on March 28, 2007, the Court notified the parties to the *Polk-Stamps* Action that an Initial Case Management Conference had been scheduled for April 26, 2007, at 11:00 a.m. before the Honorable William Alsup; |
| 14 | WHEREAS, for the sake of clarity and judicial economy, the parties to the above-captioned action hereby STIPULATE AND AGREE that the Initial Case Management Conferences scheduled in both the *Dilbeck* Action and the *Polk-Stamps* Action shall be held jointly on April 26, 2007 at 11:00 a.m. before the Honorable William H. Alsup, and that the joint case management conference statement filed in the Consolidated Action shall govern both the *Dilbeck* Action and the *Polk-Stamps* Action. |

IT IS SO STIPULATED.

DATED: April 20, 2007         LAW OFFICES OF ALAN HIMMELFARB

By: _____/s/ Alan Himmelfarb_____
                Alan Himmelfarb

Attorneys for Plaintiff Dennis Dilbeck

STIPULATION & [PROP] ORDER RE: JOINT INITIAL CMC -- CASE NO. C 07-00643 WHA

- 1 -

DATED: April 20, 2007  WOLF HALDENSTEIN ADLER FREEMAN
 & HERZ LLP

By: _____/s/ Rachele R. Rickert_____
   Francis M. Gregorek
   Betsy C. Manifold
   Mary Jane Fait (admitted *pro hac vice*)
   Rachele R. Rickert

Attorneys for Plaintiffs Melanie Polk-Stamps
and Babacar Diene

DATED: April 20, 2007  WILSON SONSINI GOODRICH & ROSATI
 Professional Corporation

By: _____/s/ Maura L. Rees_____
   Keith E. Eggleton
   Maura L. Rees
   Anthony J Weibell

Attorneys for Defendant Netflix, Inc.

\* \* \*

**O R D E R**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: April 23, 2007

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE