IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITIGATION. _____/ This Document Relates to:    All Actions. _____/ | No. C 07-00643 WHA Related to: No. C 07-01266 WHA No. C 07-01978 WHA **ORDER RE STAY OF DISCOVERY** |

    A few hours after our case management conference, the parties in the patent-infringement action filed a stipulation dismissing the antitrust counterclaim. This circumstance would have been relevant to the discussion held at the CMC concerning whether discovery should proceed in the instant action and whether counsel were depending on the antitrust action to establish elements of the claim. Since this new circumstance was not known to plaintiffs' counsel or to the Court, this order invites memoranda (up to five pages) as to whether a discovery stay is warranted. Please file by **FRIDAY, MAY 4, 2007, AT NOON**.

    **IT IS SO ORDERED.**

Dated: April 30, 2007.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE