IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITIGATION. _____/ | No. C 07-00643 WHA<br><br>Related to:<br><br>No. C 07-01266 WHA<br>No. C 07-01978 WHA |
| This Document Relates to:<br><br>   All Actions.<br>_____/ | **ORDER RE PARTIES' RESPONSES TO ORDER RE STAY OF DISCOVERY** |

The Court has received parties' responses regarding the stay of discovery. For now the stay will remain in place. The Court will consider the advisability of the keeping the stay in place at the time of the hearing on defendant's motion to dismiss on June 14, 2007.

**IT IS SO ORDERED.**

Dated: May 4, 2007.

                                                             WILLIAM ALSUP
                                                              UNITED STATES DISTRICT JUDGE