IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NETFLIX ANTITRUST LITIGATION     No. C 07-00643 WHA

This Document Relates To:     **SUPPLEMENTAL ORDER RE DISCOVERY**

ALL ACTIONS

      To clarify, the "documents" to be produced under yesterday's order includes emails and any other electronically stored information as well as hard copies. Mr. Eggleton is directed to personally make sure a thorough document search is conducted (and not leave it up to the client), and shall sign a declaration, based on personal knowledge, explaining the thoroughness of the search.

      In addition, a company representative in a position to know shall submit a declaration stating the full extent of any communications between Netflix (or its representatives), on the one hand, and Amazon or Wal-Mart (or a representative), on the other hand, on the subject of either patent in suit at any time up the commencement of this action. This is not limited to documented communications but is also intended to cover oral, undocumented communications. All of the foregoing must be completed on the schedule set forth in yesterday's order.

      **IT IS SO ORDERED.**

Dated: June 15, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE