United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITigation _____/ This Document Relates To: ALL ACTIONS _____/ | No. C 07-00643 WHA  **ORDER RE DISCOVERY** |

    The Court has read the June 25 and June 26 discovery letters.

    As for the scope of the search, the document search described in the second paragraph of the June 25 letter will be adequate. It should be completed on time. If plaintiffs believe it is inadequate, then plaintiffs may serve reasonable discovery requests on Amazon and Wal-Mart so long as it is done expeditiously, including service of narrowly-directed requests aimed at "enforcement" of either of the two patents in suit (and nothing more). Any such discovery would have to be served by July 11, 2007, with return dates of 30 days, which return dates should not have to be extended due to the narrowness of the requests, *i.e.*, either Netflix did or did not threaten enforcement of the patents (or either of them) against Wal-Mart or Amazon.

    For the record, it is noted that Netflix states that it does not oppose this third-party discovery.

    In connection with all of the foregoing, it seems to the Court that this entire case hangs by the "enforcement" thread. As already ruled, if plaintiff cannot show enforcement then there

is no Sherman Act case. If the discovery above eliminates "enforcement," then the Court will entertain a summary judgment motion dispositive of the case, the foregoing discovery being ample to satisfy Rule 56(f).

**IT IS SO ORDERED.**

Dated: June 26, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE