IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE NETFLIX ANTITRUST LITIGATION /     No. C 07-00643 WHA

This Document Relates To:

ALL ACTIONS /

**ORDER SETTING DATE TO FILE AMENDED COMPLAINT AND REQUESTING SUPPLEMENTAL BRIEFING**

     The Court has reviewed the proposed subpoenas that plaintiffs anticipate serving on Wal-Mart and Amazon. Plaintiffs are reminded that they are limited to asking for documents and communications related to the enforcement of the two patents in suit or each of them from the issuance of the two patents in suit or each of them up to the filing of the complaint in this action.

     All third-party discovery performed by plaintiffs must be completed no later than **AUGUST 23, 2007**. The amended complaint must be filed no later than **SEPTEMBER 6, 2007**.

     As to the issue of whether Netflix must produce agreements, licenses, and contracts between it and Blockbuster after Dilbeck sought leave to intervene, defendant is asked to file a response no later than **FRIDAY, JULY 13, 2007, AT NOON**.

     **IT IS SO ORDERED.**

Dated: July 11, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE