**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITigation / | No. C 07-00643 WHA<br><br>Related to:<br><br>No. C 07-01266 WHA |
| This Document Relates To:<br><br>ALL ACTIONS / | No. C 07-01978 WHA<br><br>**ORDER RE DISCOVERY DISPUTE** |

With respect to plaintiffs' letter dated July 10, 2007, and defendant's letter dated July 12, 2007, it is true that the Netflix-Blockbuster settlement is not specifically alleged in the complaint, but the complaint does allege that Netflix has tried to restrain competition by enforcing its patents against Blockbuster. That enforcement action by Netflix has now resulted in a settlement. In the Court's judgment, the existing pleadings place in play the issue of whether the settlement is anti-competitive. Therefore, Netflix is ordered to produce for in camera inspection the complete agreement between Netflix and Blockbuster, including any side agreements. This must be done no later than **JULY 18, 2007, AT NOON**. The Court will then review the in camera submission to determine whether there is any arguably anti-competitive effect. If there is, the Court will require the agreement to be produced under a protective order. If not, the Court will not require the production.

With respect to the issue of the third-party discovery, the Court has already found plaintiffs' proposed third-party subpoenas to be overbroad. They must be limited to the subjects identified in the prior order dated July 11, 2007.

**IT IS SO ORDERED.**

Dated: July 13, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2