IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITIGATION / | No. C 07-00643 WHA<br><br>Related to:<br><br>No. C 07-01266 WHA<br>No. C 07-01978 WHA |
| This Document Relates To:<br><br>ALL ACTIONS / | **ORDER RE IN CAMERA INSPECTION OF SETTLEMENT AGREEMENT** |

The Court has now reviewed in camera the Netflix-Blockbuster settlement agreement submitted under seal. The agreement has conventional license terms and has no term that restricts production, fixes prices, allocates territories or customers or in any other way even arguably could be deemed anticompetitive. Therefore, defendant Netflix need not produce it for inspection and copying and the motion to compel its production is **DENIED**, given the legitimate need of Netflix and Blockbuster to maintain its confidentiality. To allow for appellate review, the copy submitted shall be filed under seal by the Clerk in an envelope marked "Netflix-Blockbuster Settlement Agreement Filed Under Seal."

**IT IS SO ORDERED.**

Dated: July 23, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE