IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITIGATION / | No. C 07-00643 WHA |
| This Document Relates To: ALL ACTIONS / | **ORDER RE REQUEST TO DISMISS ACTION** |

The Court has received plaintiffs' and defendant's letters regarding plaintiffs' desire not to file an amended complaint. Parties requested that the Court enter an order dismissing this action with prejudice.

Parties are ordered to show cause why these actions should not be dismissed. Plaintiffs are also required to explain why they should not be required give notice to absent putative class members. Submissions must be received no later than **OCTOBER 5, 2007, AT NOON**.

**IT IS SO ORDERED.**

Dated: September 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE