IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITigation<br>_____/<br><br>This Document Relates To:<br><br>No. C 07-00643  WHA<br>No. C 07-01266  WHA<br>No. C 07-01978  WHA<br>_____/ | No. C 07-00643 WHA<br><br>**ORDER RE NOTICE TO ABSENT PUTATIVE CLASS MEMBERS** |

    The Court has received plaintiffs' and defendant's responses to the Court's order to show cause why the above-captioned actions should not be dismissed, and addressing the question of notice to absent putative class members.

    Since no class has been certified, Rule 23(e) does not mandate notice to absent class members. Here, since this action received some press, some absent class members may have refrained from filing their own actions because they were depending on these actions to toll the statute of limitations. Because of this, before judgment is entered in this action, plaintiffs are required to give notice of the termination of these actions using the same channels that were used to publicize these actions at their outset.

    No later than **OCTOBER 17, 2007**, plaintiffs shall file with the Court a plan for giving such notice to absent class members taking care to make sure that the end of these actions gets as much attention as their start. After this plan is approved and implemented, these actions will

1  be dismissed. This order does not, however, affect the *Vargas* action, No. C 07-03802. The
2  case management conference in that action remains set for October 25, 2007, at 11:00 a.m.

4  **IT IS SO ORDERED.**

6  Dated: October 10, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE