IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE NETFLIX ANTITRUST LITIGATION / | No. C 07-00643 WHA<br>Related to:<br>No. C 07-01266 WHA |
| This Document Relates To: | No. C 07-01978 WHA |
| ALL ACTIONS / | **ORDER OF DISMISSAL** |

The Court has received plaintiffs' response to the order dated October 10, 2007, and accompanying declarations. Plaintiffs' plan for giving notice to potential class members is sufficient. Moreover, the accompanying declarations demonstrate that plaintiffs have already carried out their plan. Per parties' request, the above-captioned actions are **DISMISSED**.

**IT IS SO ORDERED.**

Dated: October 22, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE